

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Rocky Kuo<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>_13-00837 M_<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___deft_____, IT IS ORDERED that a detention hearing
is set for __Monday, 3/24/13_____, _____, at __11__ ☒a.m. / ☐p.m. before the
Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE____, in Courtroom __540-Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
       *(Other custodial officer)*

Dated: ___3/19/13_____            ____R Zarefsky_____
                          U.S. District Judge/Magistrate Judge